UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 2007

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | Case # H-07-0776 |
| ) | |
| v. ) | |
| ) | |
| $74,400 ) | |
| Defendant, ) | |

## VERIFIED RESPONSE UNDER FRCP RULE G

Steve Feinman and Jason Feinman hereby file this claim of interest in said funds and object to the forfeiture of said currency.

*Nature of Claim*

Steve Feinman and Jason Feinman hereby claim full interest in the $74,400 sought to be forfeited by the Government. The interest in the money is as follows:

1. Steve Feinman is a resident of the State of California, United States of America.

2. Steve Feinman has tax returns, insurance paperwork, 1099's and other paperwork to show the legality of the funds.

3. Jason Feinman has paperwork indicating permits and registrations for building of condominiums in Costa Rica.

4. Jason Feinman was taking the money found in his possession to pay for workers and for materials to build these condominiums.

5. Steve Feinman had given Jason Feinman the money to take with him back to Costa Rica.

6. Steve Feinman never told Jason anything about not claiming the funds upon traveling out of the country.

Dated: 3-29-07

I declare this under penalty of perjury.

_Steve Feinman_
Steve Feinman

_Jason Feinman_
Jason Feinman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | Case # H-07-0776 |
| | ) | |
| v. | ) | |
| | ) | |
| $74,400 | ) | |
| Defendant, | ) | |

DECLARATION OF MAILING

I, John Tyre, hereby declare that on March 29, 2007, I delivered the following verified response to the United States District Court in Texas by placing an envelope containing said motion in the United States Post Office in the City of Irwindale, State of California addressed as follows:

Judge David Hittner

Courtroom No. 8A, 8th Floor

United States Courthouse

515 Rusk Ave., Room 8509

Houston, TX 77002

Dated: 3-29-07

_____
John Tyre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | Case # H-07-0776 |
| | ) | |
| v. | ) | |
| | ) | |
| $74,400 | ) | |
|     Defendant, | ) | |

DECLARATION OF MAILING

I, John Tyre, hereby declare that on March 29, 2007, I delivered the following verified response to the United States Attorney's Office in Texas by placing an envelope containing said motion in the United States Post Office in the City of Irwindale, State of California addressed as follows:

Albert Ratliff

Attorney in Charge

United States Attorney's Office

P.O. Box 6119

Houston, TX 77002

Dated: 3-29-07

_____
John Tyre