UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0776 |
| | § | |
| $74,400.00, | § | |
| Defendant. | § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The Unopposed United States' Motion for an Agreed Order of Forfeiture and Final Judgment is granted.

The Court finds under 28 U.S.C. §2465(a)(2) that there was reasonable cause for the seizure or arrest of Defendant *in rem* $74,400.00.

It is ORDERED that:

1. $40,920.00 of Defendant property is forfeited to the United States. The United States Department of Homeland Security shall dispose of the funds,

2. The United States Department of Homeland Security shall return to Steve Feinman, Claimant and Jason Feinman, Claimant, $33,480.00 of Defendant property by sending a check payable to Steve Feinman and Jason Feinman, c/o John Tyer, Esq., 5200 N. Irwindale, Suite 170,

Irwindale, CA 91706,

3. Claimants Steve Feinman and Jason Feinman will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action,

4. Claimants Steve Feinman and Jason Feinman will bear their costs including attorneys' fees, and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on July 17, 2007, at Houston, Texas.

David Hittner
United States District Judge

Agreed as to form and substance:

Steve Feinman, Claimant

Jason Feinman, Claimant

John Tyer, Esq.

Albert Ratliff, Assistant U.S. Attorney